No. —, original. OKLAHOMA EX REL. WILLIAMSON, ATTORNEY GENERAL, *v.* WOODRING, SECRETARY OF WAR. December 18, 1939. The return to the rule to show cause is received and ordered filed. This cause is set for hearing on Monday, January 29, 1940, on the motion for leave to file the bill of complaint and the return to the rule to show cause.

No. —, original. PENNSYLVANIA *v.* NEW JERSEY ET AL. December 18, 1939. A rule is ordered to issue, returnable January 5, 1940, requiring the defendants to show cause why leave to file the bill of complaint should not be granted.

No. 35. RETAIL FOOD CLERKS & MANAGERS UNION, LOCAL No. 1357, ET AL. *v.* UNION PREMIER FOOD STORES, INC., ET AL. Argued December 6, 1939. Decided January 2, 1940. *Per Curiam:* As it appears that the cause has become moot, the judgment of the Circuit Court of Appeals is reversed, without costs to either party in this Court, and the cause is remanded to the District Court with directions to dismiss the complaint. *United States* v. *Hamburg American Co.,* 239 U. S. 466, 477–478; *Heitmuller* v. *Stokes,* 256 U. S. 359, 362–363; *Brownlow* v. *Schwartz,* 261 U. S. 216, 218. *Mr. Joseph A. Padway* for petitioners. *Mr. Harry Shapiro* for respondents.